THE SNARE AND TRIEST COMPANY, Appellant, *v.* THE CITY
OF NEW YORK, Respondent.

*Snare & Triest Co.* v. *City of New York,* 158 App. Div. 928,
affirmed.

(Argued March 9, 1916; decided March 24, 1916.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered November 21, 1913, affirming a judgment in favor
of defendant entered upon the report of a referee. The
action is brought by plaintiff, as assignee of Maryland
Steel Company, to recover about $36,000 on three causes
of action, viz.: (a) To recover damages for being com-
pelled to excavate and build a number of pier foundations
many feet below those shown on contract plans and draw-
ings prepared by the defendant; (b) to recover on *quan-
tum meruit* a very considerable amount for extra work
upon the theory and claim that plaintiff was induced to
do the work by promises and agreements of persons and
representatives of the defendant with whom it had
been constantly dealing, to give it proper orders when
the work was done, such orders being withheld and
refused after the doing of the same; (c) that the defend-
ant, arbitrarily and without lawful or legal right, can-
celed the building of a rubble stone wall called for by
the contract and, by duress of goods or in order that
plaintiff might get its regular and proper payments,
compelled it to allow the defendant a rebate of $2,600
for this wall and of $216 for another piece of work.

*Hector M. Hitchings* for appellant.

*Lamar Hardy, Corporation Counsel* (*William E. C.
Mayer* and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.